1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LASZLO ROVO,  <br><br>     Plaintiff,  <br><br>   vs.  <br><br> JO ANNE B. BARNHART,  <br> Commissioner of Social Security,  <br><br>     Defendant | Civil No.  C05-5077FDB  <br><br><br><br> ORDER |

   Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including July 29, 2005, to file Defendant's answering brief.  It is further ORDERED that Plaintiff shall have to and including August 12, 2005, to file Plaintiff's Reply Brief.

   DATED this 12th day of July, 2005.

                              /s/ J. Kelley Arnold
                              _____

Page 1     ORDER- [C05-5077FDB]

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH    WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2684
Fax:    206-615-2531
carol.hoch@ssa.gov