UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LASZLO ROVO,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5077-FDB<br><br><br><br><br>ORDER |

    Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. Upon remand, the Administrative Law Judge (ALJ) will further evaluate Plaintiff's musculoskeletal impairments and chronic pain disorder, and consider the results of the MRIs as objective medical evidence. The ALJ will also re-evaluate the opinions of Hrair Darakjian, M.D., Michael Jarvis, M.D., Chad Cox, M.D., Dean Field, M.D., Mark Schultz, M.D., and any other medical source opinions and provide an adequate explanation in support of his evaluation. The ALJ will further evaluate Plaintiff's subjective complaints and credibility and shall consider side effects of medication pursuant to SSR 96-7p.

Page 1    PROPOSED ORDER- [C05-5077-FDB]

The ALJ will also further evaluate the lay testimony of Maricela Rovo, and Plaintiff's residual functional capacity. If warranted by the expanded record, the ALJ will obtain vocational expert testimony to determine the extent to which Plaintiff's limitations erode the occupational base.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED this 1st day of August 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

 /S/ J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:     206-615-2531
carol.hoch@ssa.gov

Page 2     PROPOSED ORDER- [C05-5077-FDB]