**Honorable Franklin D. Burgess**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LASZLO ROVO, ) | |
| ) | |
| Plaintiff, ) | No. C05-05077-FDB |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | ORDER |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The Court hereby awards Plaintiff, Laszlo Rovo, $5,827.25 in attorney fees, $14.76 in expenses, and $159.00 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), and § 1920 for a total award of $6,001.01.

Dated: September 20, 2005

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Proposed Order - 1
[No.C05-5077-FDB]